IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40098
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN WAYNE SLOVACEK,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-87-CR-1-2
- - - - - - - - - -
August 20, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The district court did not err in denying Steven Wayne Slovacek's, #37488-079, motion to clarify judgment and probation-commitment order. The appeal is without arguable merit and thus frivolous. Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). The appeal is DISMISSED. 5th Cir. R. 42.2.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We caution Slovacek that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Slovacek is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.